UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                                 Case No. 15 B 42701

    Maurice Quinton Hoof

    Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/18/2015.

2) The plan was confirmed on 02/17/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/27/2016.

5) The case was Dismissed on 06/29/2016.

6) Number of months from filing to last payment: 5.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $435.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$435.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $417.60 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $17.40 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$435.00** |
| Attorney fees paid and disclosed by debtor: | $300.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 500 Fast Cash | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Advance America | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| All Credit Lenders | Unsecured | 510.00 | 347.00 | 347.00 | 0.00 | 0.00 |
| AmeriCash Loans LLC | Unsecured | 500.00 | 861.69 | 861.69 | 0.00 | 0.00 |
| Aspire Card Services | Unsecured | 834.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| Carson Pirie Scott | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cash Jar | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Cash Web USA | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Chicago | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| City College | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City of Blue Island | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 2,000.00 | 2,897.40 | 2,897.40 | 0.00 | 0.00 |
| City of Chicago Heights | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| City of Country Club Hills | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| City of Hammond | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| City of Markham | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| City of Palos Hills | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Cook County Health & Hospitals | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Ebony Whitaker | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Equifax | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Experian | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Four Leaf | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Global Payment Check Services | Unsecured | 200.00 | 26.90 | 26.90 | 0.00 | 0.00 |
| Global Payment Check Services | Unsecured | 0.00 | 51.90 | 51.90 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 200.00 | NA | NA | 0.00 | 0.00 |
| Illinois Title Loans Inc | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| IRS Priority Debt | Priority | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 475.29 | 475.29 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 624.00 | 624.61 | 624.61 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Langer and Langer | Unsecured | 5,700.00 | NA | NA | 0.00 | 0.00 |
| Lexington Law | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Marko Andric | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Metro | Unsecured | 3,964.00 | NA | NA | 0.00 | 0.00 |
| Metro South Medical Center | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| National Credit Services Corp. | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Nextel Communications | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| Northern Indiana Public Service Company | Unsecured | 300.00 | 300.65 | 300.65 | 0.00 | 0.00 |
| Palisades Collections, LLC | Unsecured | 11,742.00 | 10,956.40 | 10,956.40 | 0.00 | 0.00 |
| Partners Financial Services | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 384.00 | NA | NA | 0.00 | 0.00 |
| Penn Credit Corporation | Unsecured | 590.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 8,000.00 | 8,235.55 | 8,235.55 | 0.00 | 0.00 |
| Provident Hospital of Cook Co. | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PV Holding Corp | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 500.00 | 510.00 | 510.00 | 0.00 | 0.00 |
| Recovery Management Services | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| Robbins Health | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Robert J. Semrad | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RW1 Investments | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Secretary of State | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Sonic Payday | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Sonnenschein Financial | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Speedy CASH 125 | Unsecured | 1,299.00 | NA | NA | 0.00 | 0.00 |
| Spring Powell | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 382.00 | NA | NA | 0.00 | 0.00 |
| State Farm Auto Claim Central | Unsecured | 2,200.00 | NA | NA | 0.00 | 0.00 |
| Stroger Hospital | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| TCF of Illinois | Unsecured | 374.00 | NA | NA | 0.00 | 0.00 |
| Teco Gas | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 482.00 | NA | NA | 0.00 | 0.00 |
| Transunion | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Tribute/First Bank of Delaware | Unsecured | 795.00 | NA | NA | 0.00 | 0.00 |
| US Bank | Unsecured | 243.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR/Wireless | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| Village of Calumet Park | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Village of Monee | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Village of Orland Park | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Village of Tinley Park | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Vincent Pisani | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Zingo Cash | Unsecured | 1,500.00 | 2,408.51 | 2,408.51 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$27,695.90** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $435.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$435.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/07/2016                    By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**